**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Omar Antonio TIRADO–MARTINEZ,**
**Defendant–Appellant.**

**No. 12–10082.**

United States Court of Appeals,
Ninth Circuit.

---

Submitted June 10, 2013.*

Filed June 13, 2013.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ramiro Flores, Jr., Law Office of Ramiro S. Flores Esq., Tucson, AZ, for Defendant–Appellant.

Before: HAWKINS, McKEOWN, and BERZON, Circuit Judges.

## MEMORANDUM ***

Omar Antonio Tirado–Martinez appeals from the district court's judgment and challenges the 78–month sentence imposed following his guilty-plea conviction for importation of cocaine, in violation of 21 U.S.C. §§ 952, 960(a)(1) and (b)(1)(B)(ii); and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II). We have jurisdiction under 28 U.S.C. § 1291, and we remand for resentencing.

Tirado–Martinez contends that the district court erred by failing to grant a role adjustment for his minor role in the offense. Because the district court failed adequately to explain why it rejected the probation officer's recommendation for a sentence below the Guidelines range, which was based on Tirado–Martinez's individual circumstances and his role in the offense, we remand for resentencing.

In light of this disposition, we do not reach Tirado–Martinez's other arguments.

**VACATED and REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

